IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| 21ST CENTURY CENTENNIAL INSURANCE COMPANY, et al., | ORDER |
| | Civ. No. 6:24-cv-89-MK |
| Plaintiffs, | (Lead Case) |
| v. | |
| BONNEVILLE POWER ADMINISTRATION, et al., | |
| Defendants, | |
| ROBERT ADAMS, et al., | ORDER |
| Plaintiffs, | Civ. No. 6:24-cv-92-MK |
| | (Trailing Case) |
| v. | |
| BONNEVILLE POWER ADMINISTRATION, et al., | |
| Defendants, | |
| KEVIN ALLARD, et al., | ORDER |
| Plaintiffs, | Civ. No. 6:24-cv-203-MK |
| | (Trailing Case) |
| v. | |
| BONNEVILLE POWER ADMINISTRATION, et al., | |
| Defendants | |

1 – ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#108), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#108) is adopted. Defendant Eugene Water & Electric Board's Partial Motion to Dismiss (#75) is GRANTED. The Adams Plaintiffs' negligence per se claims against Defendant EWEB are DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this 30th of October, 2024.

                                                                                               /s/ Michael J. McShane
                                                                                                  Michael McShane
                                                                        United States District Judge