**KEVIN C. DANIELSON, OSB #065860**
Acting United States Attorney
District of Oregon
**BENJAMIN T. HICKMAN, DCB #498167**
Assistant United States Attorney
Benjamin.Hickman@usdoj.gov
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone:   (503) 727-1000
        Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **21st CENTURY CENTENNIAL INSURANCE COMPANY, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA, et al.**, <br><br> Defendants. | Case No. 6:24-cv-00089-MTK <br> (Lead Case) <br> Case No. 6:24-cv-00092-MTK <br> (Trailing Case) <br> Case No. 6:24-cv-00203-MTK <br> (Trailing Case) <br> Case No. 6:24-cv-01152-MTK <br> (Trailing Case) <br> Case No. 6:25-cv-00554-MTK <br> (Trailing Case) <br><br> **DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINTS AND CO-DEFENDANTS' CROSSCLAIMS** |

Counsel for Defendant United States has conferred with counsel for Plaintiffs and Co-Defendants, and they do not oppose this motion.

## MOTION

Defendant United States, by and through counsel, hereby submits this unopposed motion for an extension of time to respond to Plaintiffs' complaints from February 25, 2026, to March 11, 2026.

## BACKGROUND

These consolidated cases currently include four complaints and two crossclaims related to the Holiday Farm Fire, which began on September 7, 2020.

On February 11, 2026, this Court entered an opinion and order granting in part and denying in part Defendant United States' motion to dismiss. ECF 194. Therefore, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant United States' answers are due February 25, 2026.

Defendant United States moves for an extension of its answer deadline by 14 days, from February 25, 2026, to March 11, 2026. Because the United States must respond to hundreds of allegations, counsel requires additional time to finish drafting the pleadings.

The extension is not for delay and will not prejudice the parties.

//

//

//

**Page 1      United States' Unopposed Motion for Extension**

## CONCLUSION

Defendant United States requests that an extension until March 11, 2026, be granted.


Dated: February 20, 2026


KEVIN C. DANIELSON
Acting United States Attorney
District of Oregon

*/s/ Benjamin T. Hickman*
BENJAMIN T. HICKMAN
Assistant U.S. Attorney

Attorneys for Defendant United States