**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB, #142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **21st CENTURY CENTENNIAL INSURANCE COMPANY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>Defendants. | Case No. 6:24-cv-00089-MTK (Lead Case)<br>Case No. 6:24-cv-00092-MTK (Trailing Case)<br>Case No. 6:24-cv-00203-MTK (Trailing Case)<br>Case No. 6:24-cv-01152-MTK (Trailing Case)<br>Case No. 6:25-cv-00554-MTK (Trailing Case)<br><br>**DEFENDANT UNITED STATES' MOTION FOR EXTENSION OF TIME** |

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Undersigned counsel conferred with Plaintiffs' and Co-Defendants' counsel

and they do not oppose this motion.

**Page 1     Defendant United States' Unopposed Motion for Extension of Time**

## MOTION

Defendant United States, through counsel, hereby submits this unopposed motion to extend its deadline to submit a proposed plan for production of electronically storage information ("ESI") set forth in this Court's Order, ECF 198, from March 12, 2026, to March 19, 2026, for the following reasons:

1. The U.S. Attorney's Office for the District of Oregon ("USAOR") is critically understaffed due to several departures, including the imminent departure of the previous lead Assistant U.S. Attorney in the instant matter, who is currently out on extended family leave.

2. Undersigned counsel requires additional time to meet and confer with U.S. Department of Justice technical staff, advisors, and agency-client staff on the status, timelines, and resources necessary to properly advise this Court on a proposed plan.

For the foregoing reasons, Defendant United States respectfully requests a 7-day extension to March 19, 2026, to submit its proposed ESI plan.

DATED this 12th day of March 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Susanne Luse*
SUSANNE LUSE
Assistant U.S. Attorney
Attorneys for Defendant United States