UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, *et al.*,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 6:24-cv-00089-MTK (Lead Case)
**Case No. 6:24-cv-00092-MTK (Trailing Case)**
Case No. 6:24-cv-00203-MTK (Trailing Case)
Case No. 6:24-cv-01152-MTK (Trailing case)
Case No. 6:25-cv-00554-MTK (Trailing case)
Case No. 6:24-cv-01559-MTK (Trailing case)

**ORDER**

**KASUBHAI,** United States District Judge:

The *Adams* Plaintiffs having filed an Emergency *Ex Parte* Motion for Temporary Restraining Order Requiring Preservation of Source Databases and Related Records, and the Court having considered the motion, the declarations, and the exhibits submitted in support, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. **Preservation of Source Databases.** The United States, the Bonneville Power Administration, and all persons acting on their behalf shall immediately preserve all source databases identified in the metadata of productions US_CFC_0029073 and US_CFC_0036317 — including but not limited to the eGIS SDE geodatabase accessed via C:/SDEConnectionFiles/GISSDE_eGIS_DBO.sde and all databases containing the feature classes eGIS.DBO.LiDAR_VMS_VegEncroachment, eGIS.DBO.BPA_TLDD_TransLineStructure, eGIS.DBO.BPA_TLDD_TransLineSpan, and eGIS.DBO.BPA_Substation — in their current state. Preservation under this paragraph shall further extend to the LiveMap and Taslines Map Services ArcGIS Server replicas, the eGIS Portal (Portal for ArcGIS), and the BPA public ArcGIS Hub feature services hosted at bpagis.maps.arcgis.com and data-bpagis.hub.arcgis.com — including all hosted-feature-service version histories, replica state-tracking tables, last-synchronization timestamps, and any cached or republished items derived from the source databases identified above.

Page 1 — ORDER

2. **Preservation of Related Records.** The United States shall preserve, from January 1, 2025 to the present, in their native binary format and not as extracted exports or paraphrased copies, all of the following categories of records reflecting the state of the source databases identified in paragraph 1 above, or any operation performed on them. Each category named below addresses an artifact subject to truncation, overwrite, or expiration on normal retention cycles measured in days to weeks.

   a. Database engine layer — SQL Server transaction log (.ldf) files for the eGIS database in their native binary format, together with all transaction-log backups, full database backups (.bak), and differential backups taken at any time during the preservation period; SQL Server Change Data Capture (CDC) tables; SQL Server temporal/system-versioned tables; SQL Server Audit configuration and audit log files (including all server audit specifications and database audit specifications); SQL Server Extended Events sessions and the event log files they produced; SQL Server error logs; SQL Server default trace output (.trc files); and any SQL Server Profiler traces running during the relevant windows;

   b. Geodatabase layer — the geodatabase archiving (_H history) tables for eGIS.DBO.LiDAR_VMS_VegEncroachment, eGIS.DBO.BPA_TLDD_TransLineStructure, and eGIS.DBO.BPA_TLDD_TransLineSpan; the versioning delta tables (the A adds and D deletes tables) for each feature class; the SDE_versions, SDE_states, and SDE_state_lineages system tables; the sde_logfiles and sde_logfile_data tables; SDE_compress_log entries; SDE_process_information records; the GDB_replicas, GDB_replica_log, GDB_items, and GDB_itemrelationships system tables; and all .sde connection files associated with the dataowner account for these feature classes;

   c. ArcGIS Server / Portal layer — verbose-level ArcGIS Server logs from any site that hosted feature services referencing the three source feature classes; ArcGIS Server featureservice edit logs; Portal for ArcGIS logs; and feature-service token logs showing every authentication against any service referencing those feature classes during the nine editor-tracking disabled windows;

   d. Workstation event-log evidence — Windows Security event logs, Windows Application event logs, and Microsoft-Windows-AppV-Client logs from workstation CLL5009685, workstation CDB293583, and any other machine that connected to the eGIS geodatabase as the data owner of LiDAR_VMS_VegEncroachment, BPA_TLDD_TransLineStructure, BPA_TLDD_TransLineSpan, or BPA_Substation, or accessed the network share \\bud.bpa.gov\wg\geospatial\Remote_sensing\, during either preservation period; Active Directory authentication logs covering each of the nine editor-tracking disabled windows; domain-controller logon and logoff events tied to the SeanP account; VPN connection logs for any user who connected remotely with permissions to any of those feature classes; and App-V package launch and usage records associated with the App-V package identified in the metadata (UUID 4b74fa41-e2f0-4993-907b-589d37f0bb81);

   e. ArcGIS application-level evidence — the per-user ArcGIS Pro Geoprocessing History for every user account with data-owner privileges on any of the three

source feature classes during either preservation period; and ArcMap geoprocessing log files for those same accounts;

f.  Network share, file server, and intermediate file evidence — network file share access logs for both the SeanP and Shapefiles20260415 directories for both periods, including every read, write, and directory modification; file server audit logs showing every access to the produced shapefile deliverables between their creation and their production; and every intermediate copy of the three shapefiles that BPA retained, including any working copy and any archival copy;

g.  Backup catalog and software-log evidence — backup catalogs, backup software logs, and media-handling records for any backup system that captured the eGIS database or workstations CLL5009685 or CDB293583 during either period; and disaster-recovery archives covering the same; and

h.  Replication and replica-state evidence — all replication-configuration records, replica state-tracking tables, replica synchronization logs, last-synchronization timestamps, and any pre-deletion data states retained on the LiveMap and Taslines Map Services ArcGIS Server replicas, the eGIS Portal, and the BPA public ArcGIS Hub feature services identified in paragraph 1 above; and all configuration records governing the manual quarterly replication for landowner data and the nightly scheduled replication for realty-staff data referenced in the eGIS SDE Privacy Impact Assessment.

3.  **Prohibition on Modifications.** The United States, BPA, and all persons acting on their behalf are prohibited from making any modifications, exports, schema changes, data deletions, administrative operations (including, without limitation, changes to editor-tracking settings, UpdateSchema, DeleteField, ExportFeatures, ChangeVersion, CopyMultiple, or Rename operations), or any other alterations to any source database containing data responsive to any pending discovery request in this litigation, until further order of this Court.

4.  **NARA Pre-Transfer Hold.** Any records covered by NARA disposition schedule N1-305-07-001-19b2 (the schedule applicable to eGIS SDE records under the eGIS SDE Privacy Impact Assessment) currently in any pre-transfer staging condition shall be preserved in that as-staged condition pending further order of this Court. The United States shall not effect any further transfer of records covered by that schedule pending further order.

5.  **Pre-Cycling Backup Hold and Inventory.** Within 48 hours of this Order, the United States shall identify and place a litigation hold on every backup of the eGIS database created at any time before December 13, 2025, regardless of storage medium or storage location, and shall preserve each such backup in its current state pending further order of this Court. An inventory — limited to listing each backup by date, type (full / differential / log), and storage medium or location, without disclosure of personnel — shall be served on all parties within the same 48- hour period to enable verification of compliance with this paragraph.

Page 3 — ORDER

6. **Forensic Imaging.** Within seven (7) days of this Order, a neutral forensic examiner shall create a forensic image of (a) the source databases identified in paragraph 1 above; (b) the LiveMap and Taslines Map Services ArcGIS Server replicas and the eGIS Portal (Portal for ArcGIS), in their current state, including all hosted-feature-service version histories, replica state-tracking tables, and last-synchronization metadata; (c) at least three of the backup copies of the source databases identified in paragraph 1 that were created most recently but before December 13, 2025; and (d) workstations CLL5009685 and CDB293583, including all locally-stored ArcGIS Pro Geoprocessing History, ArcMap geoprocessing logs, and any local copies of the produced shapefiles or scripts referencing the three source feature classes. The neutral examiner shall be selected jointly by the parties within 48 hours of this Order, or, if the parties are unable to agree within that period, appointed by the Court on application of either party. The imaging shall be conducted during off-hours where reasonably practicable to minimize operational disruption. The forensic image shall be preserved under seal pending further order, and no examination of its contents shall be authorized prior to the preliminary-injunction hearing. The United States shall make its systems and personnel available as necessary to facilitate the imaging. The cost of the imaging shall initially be borne by the United States, subject to reallocation at the preliminary-injunction hearing.

7. **Service.** The *Adams* Plaintiffs shall serve this Order and the underlying motion on the United States forthwith upon entry.

8. **Security.** No security is required under Rule 65(c), as this Order requires the United States to do no more than comply with its existing duty to preserve evidence in pending litigation.

9. **Hearing.** A hearing on a preliminary injunction shall be held on May 21–22, 2026, at 9:00 a.m. The United States may appear and move to dissolve or modify this Order on two (2) days' notice or such shorter notice as the Court may set.

10. **Duration.** This Order shall remain in effect for fourteen (14) days from entry, unless extended for good cause shown or by consent of the adverse party.

DATED this <u>8th</u> day of May 2026.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (he/him)
United States District Judge